UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Rafael Lopez
                            Plaintiff,

v.                                              Case No.: 1:15−cv−05286
                                                            Honorable Geraldine Soat Brown

Sub Tender, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 18, 2016:

      MINUTE entry before the Honorable Geraldine Soat Brown: No motion to reinstate having been filed, this case is dismissed with prejudice. Terminate civil case. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.